No. 22-35241

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NORTHWEST ENVIRONMENTAL ADVOCATES,
an Oregon non-profit corporation,

*Plaintiff - Appellee*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY,

*Defendant - Appellant.*

On Appeal from the United States District Court
for the Western District of Washington
No. 2:20-cv-01362-MJP (Hon. Marsha J. Pechman)

**JOINT MOTION FOR A LIMITED REMAND
PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 12.1**

| | |
|---|---|
| Lia Comerford, WSBA No. 56447<br>Earthrise Law Center<br>Lewis & Clark Law School<br>10101 S. Terwilliger Blvd.<br>Portland, OR 97219<br>Telephone: (503) 768-6823<br>E-mail: comerfordl@lclark.edu<br><br>Bryan Telegin, WSBA No. 46686<br>Bricklin & Newman, LLP<br>1424 Fourth Avenue, Suite 500<br>Seattle, WA 98101<br>Telephone: (206) 264-8600<br>E-mail: telegin@bnd-law.com | TODD KIM<br>Assistant Attorney General<br>JENNIFER SCHELLER NEUMANN<br>ELISABETH H. CARTER<br>SOMMER H. ENGELS<br>Attorneys<br>Environment and Natural Resources<br>Division<br>U.S. Department of Justice<br>Post Office Box 7415<br>Washington, D.C. 20044<br>(202) 353-7712<br>sommer.engels@usdoj.gov |
| Counsel for the Plaintiff-Appellee | Counsel for the Defendant-Appellant |

Defendant-Appellant the U.S. Environmental Protection Agency (EPA) and Plaintiff-Appellee Northwest Environmental Advocates (NWEA) (together, the Parties) respectfully move this Court for a limited remand under Federal Rule of Appellate Procedure 12.1(b) to allow the district court to rule on the Parties' joint motion under Federal Rule of Civil Procedure 60(b) and enter the Parties' proposed remedy order.

1. On December 29, 2021, the district court granted NWEA's motion for summary judgment in part and ordered EPA to take particular steps on remand by June 27, 2022. The Parties then began to discuss a potential agreement on a modification to the remedy ordered by the district court. EPA also filed a timely appeal.

2. While the Parties' discussions were underway, they filed two joint requests to extend the district court's June 27, 2022 compliance deadline. The district court denied both of the joint requests, and EPA ultimately filed opposed motions for stays pending appeal in the district court and in this Court. NWEA and EPA also filed a joint motion in this Court for an administrative stay. This Court granted the parties' request for an administrative stay on June 23, 2022. EPA's other stay motions remain pending in the district court and this Court.

3. The Parties finalized their agreement at the end of July. As part of the agreement, the Parties agreed to jointly move the district court to modify its December 2021 order. The Parties memorialized their agreement in a proposed modified order, which, if entered, would leave much of the December 2021 order intact but would vacate several specific lines and modify the court's instructions on remand.

4.	On July 22, 2022, and consistent with their agreement, the Parties filed a joint motion to amend under Federal Rule of Civil Procedure 60(b). ECF 79. Because the United States' filing of a notice of appeal in this case divested the district court of jurisdiction to grant a Rule 60(b) motion outright, however, the Parties styled their motion as a request for an "indicative ruling" under Federal Rule of Civil Procedure 62.1. *See Mendia v. Garcia*, 874 F.3d 1118, 1120-21 (9th Cir. 2017).

5.	The Parties explained that if the district court were to grant their motion for an indicative ruling and ultimately enter their proposed modified order, then EPA would dismiss its appeal. The Parties also asked the district court to delay resolution of EPA's motion for a stay pending appeal until it had acted on the Parties' motion for an indicative ruling.

6.	On August 2, 2022, the district court granted the parties' motion and stated that "[i]f the Ninth Circuit provides a limited remand for this purpose, the Court would enter the Parties' Proposed Modified Order." ECF 81.

7.	The Parties now seek a limited remand from this Court under Federal Rule of Appellate Procedure 12.1(b) to restore the district court's jurisdiction to enter the Parties' proposed modified order.

8.	By granting a limited remand, this Court will promote judicial efficiency because it will obviate EPA's need to proceed with this appeal. Once the district court enters the Parties' proposed modified order, EPA will return to this Court to dismiss its appeal.

For these reasons, the Parties respectfully request that this Court issue a limited remand pursuant to Federal Rule of Appellate Procedure 12.1(b), while otherwise

retaining jurisdiction over this appeal, to permit the district court to enter the Parties' proposed modified order.

          Respectfully submitted,

          s/ *Sommer H. Engels*
          TODD KIM
          *Assistant Attorney General*
          JENNIFER SCHELLER NEUMANN
          ELISABETH H. CARTER
          SOMMER H. ENGELS
          *Attorneys*
          Environment and Natural Resources Division
          U.S. Department of Justice

          *Counsel for the Defendant-Appellant*

          s/*Lia Comerford*
          Lia Comerford, WSBA No. 56447
          Earthrise Law Center
          Lewis & Clark Law School
          10101 S. Terwilliger Blvd.
          Portland, OR 97219
          Telephone: (503) 768-6823
          Fax: (503) 768-6642
          E-mail: comerfordl@lclark.edu

          s/*Bryan Telegin*
          Bryan Telegin, WSBA No. 46686
          Bricklin & Newman, LLP
          1424 Fourth Avenue, Suite 500
          Seattle, WA 98101
          Telephone: (206) 264-8600
          Fax: (206) 264-9300
          E-mail: telegin@bnd-law.com

          *Counsel for the Plaintiff-Appellee*

August 3, 2022
90-5-1-4-21802

## CERTIFICATE OF COMPLIANCE

The foregoing motion complies with the length limits permitted by Ninth Circuit Rule 27-1 and 32-3. This motion is 566 words, and the type size and typeface comply with Federal Rule of Appellate Procedure 32(a)(5) and (6).

Dated: August 3, 2022.

s/ *Sommer H. Engels*
SOMMER H. ENGELS

Counsel for Appellant
